Julia Cobb, administratrix of the estate of Louis Cobb, deceased, appellant, v. Rush Butler, Jr., appellee. Gen. No. 38,227.

 Opinion filed April 22, 1936.

Irving N. Stenn and C. Helmer Johnson, for appellant. Robertson, Crowe & Spence, for appellee; Egbert Robertson and Burt A. Crowe, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

In re Estate of John W. Lallithan, deceased.

Albert B. Fulton, trading as Madison Oil Company, appellee, v. Gertrude P. Lallithan, administratrix of the estate of John W. Lallithan, deceased, appellant. Gen. No. 38,299.

 Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Harold T. Halfpenny and James E. McGrath, for appellant; Richard F. Hahn, of counsel. Rathje & Connor, for appellee; William A. Connor, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Thomas Hoist Company, appellee, v. William J. Newman Company et al., appellants. Gen. No. 38,168.

 Opinion filed April 22, 1936.

Litsinger, Healy, Reid & Bye, for appellants; Daniel M. Healy, of counsel. Wetten, Pegler & Dale, for appellee; Greydon L. Walker, of counsel.

Mr. Justice Hebel delivered the opinion of the court.